**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER ADIN GRAHAM, | ) | NO. CV 19-4232-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 12, 2019.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE